IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHOPMEN'S LOCAL NO. 502 PENSION :      CIVIL ACTION
PLAN, et al.                           :
                                    :
         v.                      :
                                    :
PENCOYD IRON WORKS, INC.,      :          NO. 25-3411
et al.                               :

<u>ORDER</u>

AND NOW, this 4th day of June 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants J. Alexander Properties LLP, 2 School Lane LLC, and 4 School Lane LLC to dismiss the First Amended Complaint (Doc. #21) is GRANTED;

(2)  the motion of defendants Pencoyd Iron Works, Inc. and James Heldring to dismiss the First Amended Complaint (Doc. #21) is DENIED; and

(3)  Count II against defendants Master Builders and Erectors NJ and Master Builders and Erectors PA is DISMISSED without prejudice for lack of prosecution.

BY THE COURT:

/s/   Harvey Bartle III
                                      J.